In the Matter of the Accounting of FREDERICK E. SQUIRES et al., as Trustees under the Will of GEORGE W. SQUIRES, Deceased, Respondents; PAUL C. SQUIRES, Appellant.

Argued June 15, 1942; decided July 29, 1942.

*Paul C. Squires,* appellant, in person.

*George F. Bodine* and *John G. Shaw* for respondents.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.